**Order entered March 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00183-CV

**SANTOS NAVARRO ROSALES, Appellant**

**V.**

**LONE STAR CORRUGATED CONTAINER CORPORATION, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14021**

## ORDER

The clerk's record in this case is overdue. By letter dated March 5, 2019, we notified appellant the Dallas County District Clerk informed the Court that the clerk's record had not been filed because appellant had not paid for the record. On March 20, 2019, appellant responded to our notice and provided proof of payment for the clerk's record. Accordingly, we **ORDER** the Dallas County Clerk to file the clerk's record in this case within **TEN DAYS** of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE